No. 89–109.  MEAD EMBALLAGE, S. A. v. BERNSTEIN.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 89–110.  ENGLERT, DBA NORTHEAST ELECTRICAL INSPECTION AGENCY v. CITY OF MCKEESPORT, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–111.  DEERE & CO. v. HENSGENS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–115.  SCHEXNIDER ET UX. v. MCDERMOTT INTERNATIONAL, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–116.  GRONQUIST, DBA GRONK'S DONUT & SANDWICH SHOP v. BOULDER URBAN RENEWAL AUTHORITY ET AL.  Ct. App. Colo.  Certiorari denied.

No. 89–117.  SPEERS v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 89–119.  GARCIA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–121.  PREVENSLIK, INDIVIDUALLY AND AS TRUSTEE OF THE FELIX AND OLGA DAVIS TRUST v. ROSSKO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–124.  UNITED AIR LINES, INC., ET AL. v. BOARD OF ASSESSMENT APPEALS OF COLORADO ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 89–125.  BUNCH v. HELM, ADMINISTRATOR OF THE ESTATE OF HELM.  C. A. 6th Cir.  Certiorari denied.

No. 89–126.  ADAMS v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 89–128.  NORTHEN, TRUSTEE IN BANKRUPTCY FOR GORDON FOODS, INC. v. QUINN WHOLESALE, INC.  C. A. 4th Cir.  Certiorari denied.